**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

**WAYNE RAND, Appellant**

**V.**

**STEVE MCMASTERS, Appellee**

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-13633

## ORDER

The Reporter's Record in this case is overdue. By postcard dated January 24, 2014, we notified the Court Reporter the reporter's record was overdue and directed the Court Reporter to file the reporter's record within thirty days. By order dated March 20, 2014, we again notified the Court Reporter that the reporter's record was overdue. We ordered the Court Reporter to file, within ten days, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. To date, the Court Reporter has not filed the record, the required verification, or otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, this Court **ORDERS** Court Reporter Antonette Regor, Official Court Reporter for the 68th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; (2)

written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. We expressly **CAUTION** Antonette Regor that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antonette Regor
Official Court Reporter
68th Judicial District Court

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE